

USA NO. 2000Z00065

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0411 |
| ANDREW C. CHRISTENBERRY | * | SECTION: "T" (4) |

\* \* \*

## MOTION FOR ENTRY OF DEFAULT

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America and moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of default against Andrew C. Christenberry due to his failure to plead or otherwise defend as set forth below.

1. On March 20, 2000, the defendant was served with a summons and copy of the complaint.

2. More than 20 days have elapsed since the defendant was served, and the defendant has not filed an answer or other responsive pleading.

DATE OF ENTRY

APR 1 8 2000



- 2 -

Accordingly, a default should be entered against Andrew C. Christenberry due to his failure to plead or otherwise defend.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

_____
ENEID A. FRANCIS
Assistant United States Attorney
Bar Roll No. 5816
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3060

- 2 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0411 |
| ANDREW C. CHRISTENBERRY | * | SECTION: "T" (4) |

                 *   *   *

## O R D E R

IT IS HEREBY ORDERED that a default be entered against Andrew C. Christenberry due to his failure to plead or otherwise defend.

New Orleans, Louisiana, this __17th__ day of __April__, 2000.

LORETTA G. WHYTE
CLERK, UNITED STATES DISTRICT COURT

BY: _____
DEPUTY CLERK