UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED APR 18 2000

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-411 |
| ANDREW C. CHRISTENBERRY | * | SECTION: "T" (4) |
| * | * | * |

## J U D G M E N T

Defendant, Andrew C. Christenberry, was served with the summons and complaint and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired, and a default has been entered against Andrew Christenberry according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against Andrew C. Christenberry in the sum of $31,029.48, interest accruing on $18,394.54 at the rate of 9 percent per annum or the daily rate of $4.54 from January 11, 2000, to date of judgment, and interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961;, and the costs of this proceeding.

New Orleans, Louisiana, this __17th__ day of __APRIL__, 2000.

DATE OF ENTRY
APR 1 8 2000

LORETTA. G. WHYTE
CLERK, UNITED STATES DISTRICT COURT

BY: _____
    dEPUTY CLERK