FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC -5 PM 3: 33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| | * | |
| | * | NO.: 00-0411 |
| VS | * | |
| | * | SECTION "T" (4) |
| ANDREW C. CHRISTENBERRY | * | |

* * * * * * * * * * * * * * *

### MOTION TO CONTINUE EXAMINE JUDGEMENT DEBTOR

NOW INTO COURT, comes Defendant, **Andrew C. Christenberry**, appearing **improper person**, who respectfully moves this Honorable Court to continue the Examine Judgement Debtor, in the above entitled and numbered cause of action for the following reason to wit:

1.

That the Defendant, **Andrew C. Christenberry** is the Court appointed curator for the minor child in a matter entitled and captioned **IN RE: MICHAEL G. LAVIE AND BARBARA M. LAVIE APPLYING FOR INTRAFAMILY ADOPTION, JUVENILE COURT IN AND FOR THE PARISH OF ORLEANS, CASE NO.: A-97-070-07-QB** a matter that has been in litigation for the last year;

2.

That the the above referenced matter has been set for trial on several occasions and has finally been set for trial on December 6, 2000 at 8:30 a.m., prior to the setting of this matter;

3.

That Defendant, **Andrew C. Christenberry**, is the attorney of record, more specifically, the curator for the minor child in the

DATE OF ENTRY
DEC 11 2000



matter set for trial in Juvenile Court on December 6, 2000 for 8:30 a.m. which is the same date of the Judgement Debtor Rule thus rendering it impossible for defendant, **Andrew C. Christenberry** to be present for the Judgement Debtor Rule before this Honorable Court;

Accordingly, Defendant, **Andrew C. Christenberry**, desires to continue the Judgement Debtor Rule scheduled for December 6, 2000 at 11:00 a.m. due to the conflict of the two (2) matters;

**WHEREFORE,** the Defendant, **Andrew C. Christenberry** appearing **improper person**, prays that the Examine Judgement Debtor scheduled for December 6, 2000 at 11:00 a.m. respectfully be continued and rescheduled.

                    Respectfully submitted,


                    _____
                    Andrew C. Christenberry
                    Bar No. 19276
                    4630 Arts Street
                    New Orleans, Louisiana  70127
                    Telephone:  (504)  282-2766
                                     834-0550

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Pleading has been served, by hand delivery or by placing same in the U.S. mail, on counsel of record in this proceeding, this 5th day of December, 2000.

_____

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| | * | |
| VS | * | NO.: 00-0411 |
| | * | |
| | * | SECTION "T" (4) |
| ANDREW C. CHRISTENBERRY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

O R D E R

Considering the Motion filed by the Defendant, **Andrew C. Christenberry** appearing improper person;

**IT IS ORDERED** by the Court that the Motion for Examine Judgement Debtor Rule scheduled for December 6, 2000 at 11:00 a.m. be continued in the above entitled and numbered cause of action until January 10, 2001, at 11:00 A.m.

New Orleans, Louisiana, this 6th day of December, 2000.

~~UNITED STATES DISTRICT JUDGE~~

LOUIS MOORE, JR.
UNITED STATES MAGISTRATE JUDGE