```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2001 JAN 11  AM 11:23

                                           LORETTA G. WHYTE
                                                 CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**January 10, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0411** |
| **ANDREW C. CHRISTENBERRY** | * | **SECTION: "T"(4)** |

### HEARING ON MOTIONS

APPEARANCE(S): Paul Weidenfeld, Assistant United States Attorney for the Government
Andrew C. Christenberry, In Proper Person

MOTION(S):

(1)   MOTION AND ORDER TO EXAMINE JUDGMENT DEBTOR

### ORDERED

The judgment debtor was sworn before the court. Thereafter, Mr. Christenberry was ordered to appear before the Assistant U.S. Attorney or members of his staff to conduct the judgment debtor examination. Subsequently, Ms. Whi'Sheika Chissell, Debt Collection Agent from the U. S. Attorney's Office informed the court that the judgment debtor has been given ten (10) days to produce the requested financial information. The U.S. Attorney's Office will notify the Court when the information is received.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
JAN 1 1 2001