```
                                            FILED
                                       U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                         2001 JAN 25  AM 8:52

                                         LORETTA G. WHYTE
                                              CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**January 24, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0411** |
| **ANDREW C. CHRISTENBERRY** | * | **SECTION: "T"(4)** |

### HEARING ON MOTIONS

APPEARANCE(S): VIA TELEPHONE: Ms. Joan Holub, Paralegal Specialist, United States Attorney's Office

MOTION(S):

(1)   MOTION AND ORDER TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Previously, the judgment debtor was given ten (10) days to produce the requested financial information. The U.S. Attorney's Office notified the Court that the information has not been received. Accordingly, the U.S. Attorney's Office will file a motion to compel and a rule to show cause as to why the judgment debtor should not be held in contempt of court..

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
JAN 2 5 2001

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc.No.