```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2001 MAR 27  AM 11:29

                                          LORETTA G. WHYTE
                                                CLERK
```

USA No. 2000Z00065

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0411 |
| ANDREW C. CHRISTENBERRY | * | SECTION: "T" (4) |

\*   \*   \*

### AMENDED APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Andrew C. Christenberry, Social Security Number 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, whose last known address is 4630 Arts Street, New Orleans, LA 70127, in the above-captioned action in the amount of $31,029.48, plus interest from date of judgment until paid. The sum of $0.00 has been credited to the judgment debt, leaving a total balance due of $33,199.31, as of March 8, 2001.

Plaintiff further requests that it be allowed to recover as part of its garnishment, a surcharge of 10 percent of the amount of the currently outstanding debt pursuant to 28 U.S.C. § 3001(a).

DATE OF ENTRY
APR 2 - 2001

Fee
Process
Dktd
CtRmDep
Doc.No.

Demand for payment of the above-stated debt was made upon Andrew C. Christenberry more than 30 days before January 11, 2001, but Andrew C. Christenberry has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money to Andrew C. Christenberry, or is in possession of property of Andrew C. Christenberry, in which Andrew C. Christenberry has a substantial non-exempt interest.   The name and address of the Garnishee or its authorized agents:

> Orleans Parish Indigent Defenders Program
> Attn: Mr. Numa Burtell
> 2700 Tulane Avenue, Room 112
> New Orleans, Louisiana 70119

> Respectfully submitted,
>
> EDDIE J. JORDAN, JR.
> UNITED STATES ATTORNEY
>
> _____
> ENEID A. FRANCIS
> Assistant United States Attorney
> Bar Roll No. 5816
> 501 Magazine Street
> Hale Boggs Federal Building
> New Orleans, Louisiana   70130
> Telephone: (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0411 |
| ANDREW C. CHRISTENBERRY | * | SECTION: "T" (4) |

\* \* \*

<u>O R D E R</u>

The United States of America has applied for issuance of a Writ of Garnishment in order to satisfy the judgment entered against Andrew C. Christenberry;

IT IS HEREBY ORDERED that the Clerk issue the Writ of Garnishment and Orleans Parish Indigent Defenders Program be made garnishee and ordered to answer the writ within 10 days from service.

New Orleans, Louisiana, this 28th day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE