```
                                               FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2001 MAY -3 AM 11:44

                                          LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| V. | NO. 00-0411 |
| ANDREW C. CHRISTENBERRY | SECTION: "T" (4) |

### ANSWER OF THE GARNISHEE

NUMA V. BERTEL, JR., DIRECTOR, BEING DULY SWORN DEPOSES A SAYS:

Garnishee is an employee of Orleans Indigent Defender Program, organized under laws of the State of Louisiana.

-1-

B.  On   April 10, 2001  , 2001, Garnishee was served with the Writ of Garnishment for the pay period in effect on the date of service.

1.  Defendant was in my/our employ.   **XX**  Yes  _____ No

2.  Pay period is ___ weekly, **XX** bi-weekly, ___ semi-monthly, ___ monthly.

    The pay period in effect on the Order and Writ of Garnishment were served began on _____.

3.  Enter amount of net wages. Calculate below:

    (a)  Gross Pay $ 923.08
    (b)  Federal income tax $ 123.17
    (c)  F.I.C.A. income tax $ 70.61
    (d)  State income tax $ 20.58
    (e)  Total of tax withholdings $ 214.36

    Net Wages        $ 708.72
    (a less e)

4.  Have there been previous garnishments which are presently in effect.

         **XX** Yes      _____ No

    If the answer is yes, describe below.

    | Cresdent City Bank and Trust | |
    |---|---|
    | %First City Court | Effective 12/1/00 |
    | 421 Loyola Ave., Rm.112 | Amount $33,917.34 |
    | New Orleans, La. 70112 | Bi-weekly pymnt. $177.18 (25%) |
    | Div.A No.98-57774-A | Balance $31,968.36 (4/20/01) |

C.  Garnishee has custody, control or possession of the following property (non-earnings), in which the judgment-debtor maintains an interest:

|   | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | ~~Not applicable~~ | ~~Not applicable~~ | N/A |
| 2. | | | |
| 3. | | | |
| 4. | | | |

D.  Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

|   | Amount | Estimate Date or Period Due |
|---|---|---|
| 1. | $ ~~Not applicable~~ | ~~N/A~~ |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |

E.  Check the applicable line below, if you deny that you hold property subject to this order of garnishment.

_____   Garnishee makes the following claim of exemption on the part of judgment-debtor:

Not applicable
_____
_____

OR

_____   Garnishee has the following objections, defenses, or set-offs to plaintiff's right to apply Garnishee's indebtedness to judgment-debtor upon plaintiff's claim:

- 3 -

_____

_____

_____

_____    Garnishee was then in no manner and upon no account indebted or under liability to the defendant, and that the Garnishee did not have in its possession or control any property belonging to the judgment-debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

F.  Garnishee mailed the original of this answer by first-class mail to the Clerk of Court, United States District Court, 500 Camp Street, New Orleans, Louisiana 70130, and a copy of this answer by first-class mail to (1) Andrew C. Christenberry, at 4630 Arts Street, New Orleans, LA 70127 and (2) the United States Attorney's Office, Financial Litigation Unit, Hale Boggs Federal Building, 501 Magazine Street, New Orleans, Louisiana 70130.

                                       _____
                                               GARNISHEE

Subscribed and sworn to before me this ___3___ day of ___May___ 20_01_.

_____
Notary Public

My commission expires: _at death_

## ATTACHMENT TO ANSWER OF GARNISHEE

The original Answer must be mailed to:

    Clerk, United States District Court
    500 Camp Street
    New Orleans, Louisiana 70130

and a copy of this Answer to:

    United States Attorney's Office
    Financial Litigation Unit
    501 Magazine Street, Second Floor
    Hale Boggs Federal Building
    New Orleans, Louisiana   70130