```
                                FILED
                            U.S. DISTRICT COURT
                         EASTERN DISTRICT OF LA

                           2003 OCT -3  AM 9:09

                            LORETTA G. WHYTE
                                 CLERK
```

**MINUTE ENTRY**
**MOORE, M.J.**
**October 2, 2003**

<strong>UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA</strong>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0411** |
| **ANDREW C. CHRISTENBERRY** | * | **SECTION: "T"(4)** |

<strong>HEARING ON MOTIONS</strong>

APPEARANCE(S):   VIA TELEPHONE: Ms. Joan Holub, Supervisory Paralegal Specialist, United States Attorney's Office

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

<strong>ORDER</strong>

Ms. Joan Holub, Supervisory Paralegal Specialist, called this day to inform the court that the above captioned matter is deemed **SATISFIED**, due to a motion for entry of garnishee order. See Rec. Doc. No. 21.

_____<br>LOUIS MOORE, JR.<br>United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
OCT 3 - 2003

Fee____
Process____
X Dkd____
CRmDep____
Doc. No. 22