UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 00-0411 |
| v. | * | SECTION: "T" (4) |
| ANDREW C. CHRISTENBERRY | * | |
| * * * | | |

## MOTION TO EXAMINE JUDGMENT DEBTOR and INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT**, through the undersigned Assistant United States Attorneys, comes plaintiff, the United States of America, and moves this Court for an order to examine judgment debtor for the reasons stated below.

I.

The United States of America is a judgment creditor of defendant, Andrew C. Christenberry ("Christenberry"), in the sum of $31,029.48, interest accruing on $18,394.54 at the rate of 9 percent per annum or the daily rate of $4.54 from January 11, 2000, to date of judgment, and interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961; and costs of this proceeding. As of this date, the outstanding balance is $35.155.96.

1

II.

The United States of America desires to examine Andrew C. Christenberry pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, *et seq.*, Rule 69, Federal Rules of Civil Procedure, and Articles 2451-2456, Louisiana Code of Civil Procedure, about all matters pertaining to his assets, estate, or other property.  Christenberry is also requested to produce at his judgment-debtor examination documents listed in Exhibit 1 pertaining to his assets, estate, or other property.

**WHEREFORE**, for these reasons, the United States of America prays that this Court grant its motion and order Christenberry to be examined as a judgment debtor at the time and place to be fixed by the Court.

Respectfully Submitted,

JIM LETTEN
UNITED STATES ATTORNEY

  *s/Peter M. Mansfield*
PETER M. MANSFIELD (28671)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, LA  70130
Telephone:  (504) 680-3047

  *s/Stevens E. Moore*
STEVENS E. MOORE (14242)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, LA  70130
Telephone:  (504) 680-3061

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by ECF, facsimile, or mailing the same by first-class United States mail, postage prepaid on this 12th day of September, 2007.

                                                *s/Peter M. Mansfield*
                                               Assistant United States Attorney