## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION NO. 00-0411** |
| v. | * | **SECTION: "T" (4)** |
| **ANDREW C. CHRISTENBERRY** | * | |
| | * * * | |

## **O R D E R**

     **IT IS ORDERED** that defendant, Andrew C. Christenberry, appear before Magistrate Judge Louis Moore, Jr., on the _____ day of _____, 2007, at 11:00 a.m., in the Hale Boggs Federal Building, Room No. B-407, 500 Poydras Street to be examined as a judgment debtor and to produce the documents pertaining to his assets, estate, or other property as requested by the United States.

     **IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall serve its motion and this order on the judgment debtor by certified mail.

     **FAILURE TO APPEAR MAY SUBJECT JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

     New Orleans, Louisiana, this ____ day of _____, 2007.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

U.S. Attorney shall serve by certified mail:

Andrew C. Christenberry
6622 Fleur De Lis Dr., Apt. #1
New Orleans, Louisiana 70124