UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 00-0411 |
| v. | * | SECTION: "T" (4) |
| ANDREW C. CHRISTENBERRY | * | |
| * * * | | |

## O R D E R

      **IT IS ORDERED** that defendant, Andrew C. Christenberry, appear before Magistrate Judge Louis Moore, Jr., on the __16th__ day of __April__, 2008, at 11:00 a.m., in the Hale Boggs Federal Building, Room No. B-407, 500 Poydras Street to be examined as a judgment debtor and to produce the documents pertaining to his assets, estate, or other property as requested by the United States.

      **IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall serve its motion and this order on the judgment debtor by certified mail.

      **FAILURE TO APPEAR MAY SUBJECT JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

      New Orleans, Louisiana, this __7th__ day of __March__, 2008.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE

U.S. Attorney shall serve by certified mail:

Andrew C. Christenberry
6622 Fleur De Lis Dr., Apt. #1
New Orleans, Louisiana 70124