MINUTE ENTRY
MOORE, M.J.
April 16, 2008

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0411 |
| ANDREW CHRISTENBERRY | * | SECTION: "T" |

### HEARING ON MOTIONS

APPEARANCE(S):   Mr. Jason Bigelow, Assistant United States Attorney

Andrew Christenberry, In Proper Person

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDER

The judgment debtor was sworn before the court. Thereafter, Mr. Christenberry was ordered to appear before the Assistant U.S. Attorney or members of his staff to conduct the judgment debtor examination. Subsequently, Ms. Sivis Medina, Debt Collection Agent from the U. S. Attorney's Office informed the court that the judgment debtor examination has been **SATISFIED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

MJSTAR(00:05)